**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- X
                                    :
ANTHONY V. GLOSCHAT, Individually And On    :
Behalf of All Others Similarly Situated,    :
                                    :
            Plaintiff,              :
        -against-                   :                 ORDER
                                    :
APHRIA INC., VICTOR NEUFELD, AND CARL    :            18 Civ. 11427 (GBD)
MERTON,                             :
                                    :
            Defendants.             :
                                    :
                                    :
---------------------------------- X


---------------------------------- X
                                    :
JOHN CURKAN, Individually And On Behalf of All :
Others Similarly Situated,          :
                                    :
            Plaintiff,              :
        -against-                   :
                                    :
                                    :                 18 Civ. 11428 (GBD)
APHRIA INC., VICTOR NEUFELD, AND CARL    :
MERTON,                             :
                                    :
            Defendants.             :
                                    :
                                    :
---------------------------------- X


---------------------------------- X
                                    :
JAMES FLORENCE, Individually And On Behalf of :
All Others Similarly Situated,      :
                                    :
            Plaintiff,              :
        -against-                   :
                                    :                 18 Civ. 11453 (GBD)
APHRIA INC., VICTOR NEUFELD, AND CARL    :
MERTON,                             :
                                    :
            Defendants.             :
                                    :
---------------------------------- X

GEORGE B. DANIELS, District Judge:

Pursuant to the Memorandum Decision and Order, dated March 27, 2019, the above-captioned cases were consolidated under *In re Aphria, Inc. Securities Litigation*, No. 18-cv-11376 (GBD). The Clerk of Court is ordered to close the above-captioned cases.

Dated: New York, New York

March 31, 2022

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS

United States District Judge